Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−28249−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Magalie C Andre
   1413 Boa Place
   Hillside, NJ 07205

Social Security No.:
   xxx−xx−3150

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 16, 2018.

On 7/22/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                August 28, 2019
Time:                08:30 AM
Location:            Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 23, 2019
JAN: rh

Jeanne Naughton
Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                          Case No. 18-28249-SLM
Magalie C Andre                                                 Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jul 23, 2019
                              Form ID: 185             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2019.
db             +Magalie C Andre,    1413 Boa Place,    Hillside, NJ 07205-1809
517751944      +Caryl Andre,    335 Bonair Drive,    Williamstown, NJ 08094-8801
517751939      +M & T Bank,    KMl Law Group PC,    Sentry Office Plaza,    216 Haddon Ave, Ste 406,
                Westmont, NJ 08108-2812
517870856       Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y, 1000 Blue Gentian Road,
                Eagan, MN 55121-7700
517751940      +Wells Fargo Home Mortgage,    1 Home campus,    Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 23 2019 23:43:34      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 23 2019 23:43:31      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr              E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 23 2019 23:42:56
                AmeriCredit Financial Services Inc.,   PO Box 183853,    Arlington, TX 76096
517751941       E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 23 2019 23:43:43      Honda Financial,
                1919 Torrance Blvd,   Mail Stop 500-2N-7A,    Torrance, CA 90501-2746
517787665       E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 23 2019 23:43:43
                American Honda Finance Corporation,   National Bankruptcy Center,    P.O. Box 168088,
                Irving, TX 75016-8088
517784618       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 23 2019 23:42:56
                Americredit Financial Services, Inc.,    dba GM Financial,   PO Box 183853,
                Arlington, TX 76096
517751943      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 23 2019 23:43:58
                Bayview Loan Servicing,    4425 Ponce de Leon Blvd 5th Fl,   Coral Gables, FL 33146-1837
517875913       E-mail/Text: camanagement@mtb.com Jul 23 2019 23:43:00      M&T Bank,   PO Box 840,
                Buffalo, NY 14240-0840
                                                                                             TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517751942*    ++AMERICAN HONDA FINANCE,    P O BOX 168088,   IRVING TX 75016-8088
               (address filed with court:  Honda Financial,    1919 Torrance Blvd,   Mail Stop: 500-2N-7A,
                Torrance, CA 90501-2746)
517815542*    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,   ARLINGTON TX 76096-3853
               (address filed with court:  Americredit Financial Services, Inc.,    Dba GM Financial,
                P.O Box 183853,    Arlington, TX 76096)
                                                                                    TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2019 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Paul Gauer    on behalf of Debtor Magalie C Andre gauerlaw@aol.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jul 23, 2019
                              Form ID: 185             Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                        TOTAL: 6