UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and telephone number]*

PAUL GAUER ATTORNEY
347 FRANKLIN STREET
BLOOMFIELD, NJ 07003
(973) 743-7050

Attorney for Debtor

In Re:
*[Enter the debtor's name(s)]*

Magalie C. Andre

Debtor

Case No.: 18~28249
*[Enter the case number]*

Chapter: 13
*[Enter the chapter; example: 13]*

Hearing Date: JAN. 8, 2020
*[Enter the hearing date]*

Judge: S.L.Meisel
*[Enter the Judge's last name]*

## NOTICE OF MOTION TO

*[Enter the relief sought]* Voluntary Dismiss CASE

*[Enter your name]* PauL GAuer Attorney has filed papers with the court to *[Enter the relief sought]*
Voluntary Dismiss Case                                    .

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date: JAN. 8, 2020
*[Enter the date of the hearing]*

Hearing Time: 10:00 am
*[Enter the time of the hearing]*

Hearing Location: 50 WALNUT Street
*[Enter the location of the hearing]*
Newark, NJ 07102

Courtroom Number: 3A
*[Enter the courtroom number]*

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

*[Enter the trustee's name and address]*

PAUL GAUER ATTORNEY
347 FRANKLIN STREET
BLOOMFIELD, NJ 07003
(973) 743-7050

*[Enter the name and address of all other parties who will be affected by this motion]*

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: _12/10/2019_
*[Enter the date this document is signed]*

Signature *[Of the party seeking relief]*
PAUL GAUER ATTORNEY
347 FRANKLIN STREET
BLOOMFIELD, NJ 07003
(973) 743-7050

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
[Enter your name, address and telephone number]

PAUL GAUER ATTORNEY
347 FRANKLIN STREET
BLOOMFIELD, NJ 07003
(973) 743-7050

In Re:
[Enter the debtor's name(s)]

Magalie  C.  Andre

Case No.: _18-28249_
[Enter the case number]

Chapter: _13_
[Enter the chapter; example: 13]

Hearing Date: _____
[Enter the hearing date]

Judge: _SL Meisel_
[Enter the Judge's last name]

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law.

Date: _12/10/2019_
[Enter date this document is signed]

Signature [Of party seeking relief]

PAUL GAUER ATTORNEY
347 FRANKLIN STREET
BLOOMFIELD, NJ 07003
(973) 743-7050

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and telephone number]*

PAUL GAUER ATTORNEY
347 FRANKLIN STREET
BLOOMFIELD, NJ 07003
(973) 743 7099

In Re:
*[Enter the debtor's name(s)]*

Magalie  C,  Andre

Case No.:  18 - 28249
*[Enter the case number]*

Chapter:  13
*[Enter the chapter]*

Hearing Date: _____
*[Enter the hearing date]*

Judge:  S.L. Meisel
*[Enter the judge's last name]*

## CERTIFICATION OF Paul Gauer Attorney for Debtor
*[Enter the name of the person that has personal knowledge of the facts set forth below]*

I, *[Enter the name of the person that has personal knowledge of the facts set forth below]*
Paul Gauer Attorney for debtor _____, *[Enter their relationship to the case. For
example: debtor, creditor]* _____ in the above captioned case, submits this
Certification in support of the Motion for *[Enter title of motion]* Voluntary Dismiss Case
_____ filed by me on *[Enter the date the motion was
filed]* 12/10/2019 .

1. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a
separate numbered paragraph.]* Debtor will sell house at
1413 Boa Place and pay creditors without further
aid of the Court

2. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* _____

_____

_____

_____

3. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* _____

_____

_____

_____

4. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* _____

_____

_____

_____

5. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* _____

_____

_____

_____

I certify under penalty of perjury that the above is true.

Date: ___12/10/2019___
*[Enter the date this document is signed]*

_____
Signature
*[Of the party with actual knowledge of the facts set forth above]*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

PAUL GAUER ATTORNEY
347 FRANKLIN STREET
BLOOMFIELD, NJ 07003
(973) 743-7050

Attorney for Debtor

In Re:

Magalie C. Andre

Debtor

Case No.: 18-28249

Hearing Date: _____

Judge: S. L. Meisel

Chapter: 13

---

Recommended Local Form:   ▣ Followed   ☐ Modified

---

## ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

Upon the motion of *Paul Gauer, Attorney for Debtor* and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 7 days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f),  the Clerk shall notify all parties in interest of the entry of this order.

*rev. 6/19/17*

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

PAUL GAUER ATTORNEY
347 FRANKLIN STREET
BLOOMFIELD, NJ 07003
PHONE: 973-743-7050 FAX: 973-743-9173

ATTORNEY FOR DEBTOR:

In Re:

Magalie C. Andre

| | |
|---|---|
| Case No.: | 18-28249 |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | |
| Judge: | SLM |

## CERTIFICATION OF SERVICE

1. I, _____ Paul Gauer, Esq. _____ :

   ☒ represent _____ Megalie C. Andre _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents
   _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____ 12/10/2019 _____, I sent a copy of the following pleadings and/or documents
   to the parties listed in the chart below.

   Motion to Voluntary Dismiss
   Statement no Brief
   Proposed Order
   Certification

3. I certify under penalty of perjury that the above documents were sent using the mode of service
   indicated.

Date: _____ 12/10/2019 _____          Paul Gauer _____
                                       Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| M & T Bank<br>KMl Law Group PC<br>Sentry Office Plaza<br>216 Haddon Ave, Ste 406<br>Westmont, NJ 08108 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wells Fargo Home Mortgage<br>1 Home campus<br>Des Moines, IA 50328 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Honda Financial<br>1919 Torrance Blvd<br>Mail Stop: 500-2N-7A<br>Torrance, CA 90501-2746 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bayview Loan Servicing<br>4425 Ponce de Leon Blvd 5th Fl<br>Coral Gables, FL 33146 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004-1550 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |