Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

      Case No.:  18−28249−SLM
      Chapter:  13
      Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Magalie C Andre
   1413 Boa Place
   Hillside, NJ 07205

Social Security No.:
   xxx−xx−3150

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/9/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 9, 2020
JAN: LVJ

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                           Case No. 18-28249-SLM
Magalie C Andre                                                  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2               Date Rcvd: Jan 09, 2020
                              Form ID: 148         Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2020.
```
db          +Magalie C Andre,   1413 Boa Place,   Hillside, NJ 07205-1809
517751944   +Caryl Andre,   335 Bonair Drive,   Williamstown, NJ 08094-8801
517751939   +M & T Bank,   KMl Law Group PC,   Sentry Office Plaza,   216 Haddon Ave, Ste 406,
              Westmont, NJ 08108-2812
517870856    Wells Fargo Bank, N.A.,   Default Document Processing,   N9286-01Y, 1000 Blue Gentian Road,
              Eagan, MN 55121-7700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 10 2020 00:10:19     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 10 2020 00:10:17     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr           EDI: PHINAMERI.COM Jan 10 2020 04:38:00      AmeriCredit Financial Services Inc.,
              PO Box 183853,   Arlington, TX 76096
517751941    EDI: HNDA.COM Jan 10 2020 04:38:00      Honda Financial,   1919 Torrance Blvd,
              Mail Stop 500-2N-7A,   Torrance, CA 90501-2746
517787665    EDI: HNDA.COM Jan 10 2020 04:38:00      American Honda Finance Corporation,
              National Bankruptcy Center,   P.O. Box 168088,   Irving, TX 75016-8088
517784618    EDI: PHINAMERI.COM Jan 10 2020 04:38:00      Americredit Financial Services, Inc.,
              dba GM Financial,   PO Box 183853,   Arlington, TX 76096
517751943   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 10 2020 00:10:41
              Bayview Loan Servicing,   4425 Ponce de Leon Blvd 5th Fl,   Coral Gables, FL 33146-1837
518392079   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 10 2020 00:10:41
              Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd. 5th Floor,
              Coral Gables, Florida 33146,   Bayview Loan Servicing, LLC,
              4425 Ponce De Leon Blvd. 5th Floor,   Coral Gables, Florida 33146-1837
518392078   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 10 2020 00:10:41
              Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd. 5th Floor,
              Coral Gables, Florida 33146-1837
517875913    E-mail/Text: camanagement@mtb.com Jan 10 2020 00:10:05     M&T Bank,   PO Box 840,
              Buffalo, NY 14240-0840
517751940   +EDI: WFFC.COM Jan 10 2020 04:38:00      Wells Fargo Home Mortgage,   1 Home campus,
              Des Moines, IA 50328-0001
                                                                                               TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517751942*   ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
               (address filed with court: Honda Financial,   1919 Torrance Blvd,   Mail Stop: 500-2N-7A,
               Torrance, CA 90501-2746)
517815542*   ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
               (address filed with court: Americredit Financial Services, Inc.,   Dba GM Financial,
               P.O Box 183853,   Arlington, TX 76096)
                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jan 09, 2020
                              Form ID: 148             Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2020 at the address(es) listed below:

              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Paul Gauer    on behalf of Debtor Magalie C Andre gauerlaw@aol.com
              Phillip Andrew Raymond    on behalf of Creditor    Bayview Loan Servicing, LLC
               phillip.raymond@mccalla.com
              Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9